IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19CR169HTW

EDELFO RAMIREZ-RAMOS  18 U.S.C. § 911
a/k/a Jesus Villarreal  18 U.S.C. § 1546(a)
 42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

COUNT 1

On or about June 27, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDELFO RAMIREZ-RAMOS a/k/a Jesus Villarreal**, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

COUNT 2

On or about June 27, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDELFO RAMIREZ-RAMOS a/k/a Jesus Villarreal,** aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, utter, use and attempt to use a document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Sections 1546(a) and 2.

COUNT 3

On or about June 27, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDELFO RAMIREZ-RAMOS a/k/a Jesus Villarreal,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social

Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him in violation of Title 42, United States Code, Section 408(a)(7)(B).

*[signature]*
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 20th day of August, 2019.

*[signature]*
UNITED STATES MAGISTRATE JUDGE