CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: ___SCOTT___

RELATED CASE INFORMATION: 3:19CR169HTW
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: ___YES _X_ NO

NAME/ALIAS: ___EDELFO RAMIREZ-RAMOS a/k/a Jesus Villarreal___

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA: ___JOHN A. MEYNARDIE___   BAR # __9912__

INTERPRETER: ___NO _X_ YES   LIST LANGUAGE AND/OR DIALECT: ___SPANISH___

**LOCATION STATUS:**   ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____

_____ ALREADY IN STATE CUSTODY _____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: _3_   ___PETTY ___MISDEMEANOR _3_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:911.F | 18 USC § 911 | False Representation of U.S. Citizenship | 1 |
| Set 2  18:1546.F | 18 USC § 1546(a) | Fraud and Misuse of VISA/PERMITS | 2 |
| Set 3  42:408.F | 42 USC §408(a)(7)(B) | Misuse of Social Security Number | 3 |

Date: 8/20/19   SIGNATURE OF AUSA: _____
for John Meynardie

Revised 2/26/2010