AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 28 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>EDELFO RAMIREZ-RAMOS<br>a/k/a JESUS VILLARREAL<br>(Wherever found)<br>*Defendant* | Case No. 3:19-cr-169-HTW |

RECV USMS D43 21AUG'19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EDELFO RAMIREZ-RAMOS a/k/a JESUS VILLARREAL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False Representation of U.S. Citizenship
Fraud and Misuse of VISA/PERMITS
Misuse of Social Security Number

Date: 08/20/2019

ARTHUR JOHNSTON, CLERK

*K. Schutz*
*Issuing officer's signature*

City and state: Jackson, Mississippi

K. Schutz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/21/19 , and the person was arrested on *(date)* 8/27/19
at *(city and state)* JACKSON, MS .

Date: 8/27/19

For HSI
*Arresting officer's signature*

J. DAVIS
*Printed name and title*