# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19cr169HWT-LRA

EDELFO RAMIREZ-RAMOS
a/k/a Jesus Villarreal

## JOINT STATUS REPORT

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and defendant, Edelfo Ramirez-Ramos, through his undersigned attorney, files their Joint Status Report answering the following questions.

1. What is the defendant's primary language?

   Spanish

2. Where is the defendant currently housed?

   Tallahatchie County Correctional Facility

3. Are the parties prepared to go to trial? If not, why not?

   No, defense counsel has not had an opportunity to meet with Mr. Ramirez-Ramos.

4. Is the defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing? If so, the parties must contact the court jointly to schedule a change of plea hearing immediately.

   Not determined yet, because defense counsel has not been able to meet with the defendant.

5. What motions are outstanding? List motions and a brief synopsis.

   The defendant has an outstanding motion for a continuance [dk # 19] that is unopposed

by the government.

6. How long will the trial last? How many witnesses is each side intending on calling?

We anticipate that this trial will last 2-3 days. The government anticipates calling 2-3 witnesses.

7. By the parties estimation, how many days remain on the defendants Speedy Trial Act clock?

On October 1, 2019, 34 days will have passed since the defendant's initial appearance took place on August 28, 2019.

Date: September 26 2019.

Agreed to form and content:

s/Christopher D. Carter
Christopher D. Carter
Assistant U. S. Attorney

*s/Terence L. High*
Terence High
Attorney for Defendant